An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERRY D. POUGH,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 64973

**FILED**

MAY 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus asking this court to dismiss criminal charges. Petitioner contends that his speedy trial rights were violated, the State withheld evidence, and the district court should have allowed him to represent himself without questioning his competency or appointing standby counsel. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Petitioner has an adequate remedy at law, as he may challenge his conviction on direct appeal from a judgment of conviction. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14 - 15257

cc: Hon, Douglas W. Herndon, District Judge
Jerry D. Pough
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk